UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SUGGITT, JR.,

    Defendant.

_____/

CASE NO. 2:15-CR-18

HON. ROBERT J. JONKER

**AMENDED DETENTION ORDER**

Defendant appeared on July 7, 2020, before a Magistrate Judge for his initial appearance on the petition for warrant or summons for offender under supervision, Fed.R.Crim.P. 32.1(b)(1). Defendant appeared by video from the Chippewa County Jail where he was serving a custodial sentence on a state conviction. Defendant appeared again before a Magistrate Judge by video on August 13, 2020, for a preliminary hearing on the probation petition. Defendant waived a preliminary examination and elected not to contest detention pending a revocation hearing.

Defendant was supposed to appear for a final revocation hearing on August 27, 2020. He did not appear, however, because he was still in the Chippewa County Jail serving his state sentence. A writ would normally have secured his physical presence, but the video appearances on the federal supervision created unforeseen logistical complications. The parties have conferred with each other and the Marshal Service and worked out a practical solution, which the Court accepts and now implements. Accordingly:

**IT IS ORDERED** that the defendant is deemed to have been in federal custody, retroactive to July 7, 2020, his date of initial appearance on the alleged federal supervised release violations.

**IT IS FURTHER ORDERED** that as of September 24, 2020, the date of completion of his state sentence, Chippewa County Jail is directed to turn defendant over to the custody of the United States Marshal Service for transportation to Grand Rapids, Michigan, for appearance at a final supervised release hearing at a date and time to be set by this Court.

Dated:   September 14, 2020              /s/ Robert J. Jonker
                                                             ROBERT J. JONKER
                                                             CHIEF UNITED STATES DISTRICT JUDGE